TRENT W. ORR, State Bar No. 77656
GREGORY C. LOARIE, State Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel (510) 550-6725 / Fax (510) 550-6749
torr@earthjustice.org; gloarie@earthjustice.org

TIMOTHY J. PRESO, *Pro Hac Vice*
Earthjustice
209 S. Willson Avenue
Bozeman, MT 59718
Tel. (406) 586-9699 / Fax (406) 586-9695
tpreso@earthjustice.org

SIERRA B. WEAVER, *Pro Hac Vice*
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036-4604
Tel. (202) 682-9400, ext. 263 / Fax (202) 682-1331
sweaver@defenders.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DEFENDERS OF WILDLIFE, *et al.*,

　　　　Plaintiffs,

　　vs.

ED SCHAFER, *et al.*,

　　　　Defendants.

Case No. C08-02326 EMC

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 6, 2008

Respectfully submitted,

TRENT W. ORR

Attorney of Record for Plaintiffs

CERTIFICATION OF INTERESTED ENTITIES