1  TRENT W. ORR, State Bar No. 77656
   GREGORY C. LOARIE, State Bar No. 215859
2  Earthjustice
   426 17th Street, 5th Floor
3  Oakland, CA 94612
   Tel. (510) 550-6725
4  Fax (510) 550-6749
   torr@earthjustice.org; gloarie@earthjustice.org
5
   TIMOTHY J. PRESO, *Pro Hac Vice*
6  Earthjustice
   209 S. Willson Avenue
7  Bozeman, MT 59718
   Tel. (406) 586-9699
8  Fax (406) 586-9695
   tpreso@earthjustice.org
9
   SIERRA B. WEAVER, *Pro Hac Vice*
10 Defenders of Wildlife
   1130 17th Street, NW
11 Washington, DC 20036-4604
   Tel. (202) 682-9400, ext. 263
12 Fax (202) 682-1331
   sweaver@defenders.org
13
   *Counsel for Plaintiffs*
14

15                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                          OAKLAND DIVISION

17

18 DEFENDERS OF WILDLIFE, SIERRA CLUB,  )  Case No. C 08-2326 CW
   THE WILDERNESS SOCIETY, and          )
19 VERMONT NATURAL RESOURCES            )
   COUNCIL,                             )
20                                      )  **CERTIFICATE OF SERVICE**
           Plaintiffs,                  )
21                                      )
       vs.                              )
22                                      )
   ED SCHAFER, Secretary, U.S. Department of )
23 Agriculture, in his official capacity; GAIL )
   KIMBELL, Chief, U.S. Forest Service, in her )
24 official capacity; and U.S. FOREST SERVICE, )
                                        )
25         Defendants.                  )
                                        )
26

27

28

CERTIFICATE OF SERVICE -- C-08-2326 CW                                    1

1  I am a citizen of the United States of America and a resident of the City and County of San
2  Francisco; I am over the age of 18 years and not a party to the within entitled action; my business
3  address is 426 17th Street, 5th Floor, Oakland, California.

4  I hereby certify that on May 6, 2008, I served by U.S. Certified Mail one true copy of the
5  following documents:

- Summons In A Civil Action;
- Complaint for Declaratory and Injunctive Relief;
- Certification of Interested Entities or Persons;
- Application for Admission of Attorney *Pro Hac Vice* for Timothy J. Preso and (Proposed) Order;
- Notice of Assignment of Case to a United States Magistrate Judge for Trial (and attachments);
- Order Setting Initial Case Management Conference and Standing Orders; and
- ECF Registration Information Handout;

on the persons listed below:

Ed Schafer, Secretary
US Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC  20250

Gail Kimbell, Chief
U.S. Forest Service
1400 Independence Ave., S.W.
Washington, DC  20250-0003

USDA Forest Service
1400 Independence Ave., SW
Washington, D.C.  20250-0003

Michael B. Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

Joseph P. Russoniello
United State Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102

Copies of the return receipts (and USPS delivery confirmation in two cases where return receipts have not yet been returned) showing that all deliveries have been made are attached.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2008 in Oakland, California.

_____
John W. Wall

CERTIFICATE OF SERVICE -- C-08-2326 CW                                                                    2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Emily Parkin*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>MAY 1 2 2008 |
| 1. Article Addressed to:<br><br>Michael B. Mukasey<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0003 8757 8466 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *M. Young*  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>M. Young                     5-12-08 |
| 1. Article Addressed to:<br><br>Ed Schafer, Secretary<br>US Department of Agriculture<br>1400 Independence Ave., S.W.<br>Washington, DC 20250 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0003 8757 8442 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Joseph P. Russoniello<br>United State Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 1490 0003 8757 8459 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0004 0071 2965**
Detailed Results:

- Delivered, May 14, 2008, 11:27 am, WASHINGTON, DC 20250
- Arrival at Unit, May 14, 2008, 9:25 am, WASHINGTON, DC 20022

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0003 8757 8435**
Detailed Results:

- Delivered, May 12, 2008, 7:27 am, WASHINGTON, DC 20250
- Arrival at Unit, May 12, 2008, 2:02 am, WASHINGTON, DC 20022

(< Back)    (Return to USPS.com Home >)

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  (Go >)

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA





7007 1490 0003 8757 8435

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 6.78

Sent To  U.S. Forest Svc.
Street, Apt No.; or PO Box No.
City, State, ZIP+4

PS Form 3800 August 2006

Postmark Here  5-6-08