Sierra B. Weaver
Defenders of Wildlife
1130 17th St NW
Washington, DC 20036

**FILED**
MAY 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Defenders of Wildlife, et al.

        Plaintiff(s),

v.

Ed Schafer, Secretary, U.S. Department of Agriculture, et al.

        Defendant(s).

CASE NO. 4:08-cv-02326-CW

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Sierra B. Weaver, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Trent W. Orr, Earthjustce, 426 17th Street, 5th Floor, Oakland, CA 94612, (510) 550-6725

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2008

*[signature]*
Sierra B. Weaver