| | |
|---|---|
| 1 | RONALD J. TENPAS |
| | Assistant Attorney General |
| 2 | RACHEL A. DOUGAN (DC Bar 485507) |
| | S. JAY GOVINDAN |
| 3 | Trial Attorneys |
| | Environment and Natural Resources Division |
| 4 | United States Department of Justice |
| | Benjamin Franklin Station, P.O. Box 663 |
| 5 | Washington, D.C. 20044-0663 |
| | Telephone: (202) 616-5082 |
| 6 | Facsimile: (202) 305-0506 |
| | Rachel.Dougan@usdoj.gov |
| 7 | Jay.Govindan@usdoj.gov |
| 8 | Attorneys for Federal Defendants |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | | |
|---|---|---|
| DEFENDERS OF WILDLIFE, SIERRA CLUB, THE WILDERNESS SOCIETY, and VERMONT NATURAL RESOURCES COUNCIL, | ) ) ) ) | Case No. 08-cv-2326-CW |
| Plaintiffs, | ) ) | **DEFENDANTS' NOTICE OF APPEARANCE** |
| v. | ) ) | |
| ED SCHAFER, Secretary, U.S. Department of Agriculture, in his official capacity; GAIL KIMBELL, Chief, U.S. Forest Service, in her official capacity; and U.S. FOREST SERVICE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

Case No. 08-cv-2326-CW
Defs.' Notice of Appearance

1  Please enter the appearance of RACHEL A. DOUGAN and S. JAY GOVINDAN as
2  counsel of record on behalf of Defendants in the above-captioned matter. Service of all papers
3  by U.S. Mail to Ms. Dougan should be addressed as follows:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> Benjamin Franklin Station, P.O. Box 663
> Washington, D.C.  20044-0663

Express deliveries and hand deliveries to Ms. Dougan should be addressed to:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 601 D Street, NW, Room 3812
> Washington, D.C.  20004

Electronic mail to Ms. Dougan should be addressed to:

> Rachel.Dougan@usdoj.gov

Telephone and Facsimile numbers for Ms. Dougan are as follows:

> Telephone: (202) 616-5082
> Facsimile:  (202) 305-0506

Service of all papers by U.S. Mail to Mr. Govindan should be addressed as follows:

> United States Department of Justice
> Environment and Natural Resources Division
> Wildlife & Marine Resources Section
> Benjamin Franklin Station, P.O. Box 7369
> Washington, D.C.  20044-7369

Express deliveries and hand deliveries to Mr. Govindan should be addressed to:

> United States Department of Justice
> Environment and Natural Resources Division
> Wildlife & Marine Resources Section
> 601 D Street, NW, Room 3028
> Washington, D.C.  20004

Electronic mail to Mr. Govindan should be addressed to:

> Jay.Govindan@usdoj.gov

Case No. 08-cv-2326-CW
Defs.' Notice of Appearance          1

| | |
|---|---|
| 1 | Telephone and Facsimile numbers for Mr. Govindan are as follows: |
| 2 | Telephone: (202) 305-0237 |
|   | Facsimile:  (202) 305-0275 |
| 3 | |
|   | Respectfully submitted this 29th day of May 2008. |
| 4 | |
|   |                                    RONALD J. TENPAS |
| 5 |                                    Assistant Attorney General |
|   |                                    Environment and Natural Resources Division |
| 6 | |
|   |                                    /s/ Rachel A. Dougan |
| 7 |                                    RACHEL A. DOUGAN (DC Bar 485507) |
|   |                                    S. JAY GOVINDAN |
| 8 |                                    Environment and Natural Resources Division |
|   |                                    United States Department of Justice |
| 9 |                                    Benjamin Franklin Station, P.O. Box 663 |
|   |                                    Washington, D.C.  20044-0663 |
| 10 |                                   Telephone: (202) 616-5082 |
|    |                                   Facsimile: (202) 305-0506 |
| 11 |                                   Rachel.Dougan@usdoj.gov |
|    |                                   Jay.Govindan@usdoj.gov |
| 12 | |
|    | Of Counsel: |
| 13 | |
|    | Kathryn Toffenetti |
| 14 | Office of the General Counsel, United States Department of Agriculture |
|    | Washington, D.C. |

Case No. 08-cv-2326-CW
Defs.' Notice of Appearance              2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008, I served a true and correct copy of Defendants' Notice of Appearance by CM/ECF upon the following attorneys of record:

Trent William Orr
Earthjustice
torr@earthjustice.org

Gregory C. Loarie
Earthjustice
gloarie@earthjustice.org

Sierra B. Weaver
Defenders of Wildlife
sweaver@defenders.org

Timothy J. Preso
Earthjustice
tpreso@earthjustice.org

                        s/Rachel A. Dougan
                        Rachel A. Dougan
                        Counsel for Defendants