1  RONALD J. TENPAS
   Assistant Attorney General
2  RACHEL A. DOUGAN (DC Bar 485507)
   S. JAY GOVINDAN
3  Trial Attorneys
   Environment and Natural Resources Division
4  United States Department of Justice
   Benjamin Franklin Station, P.O. Box 663
5  Washington, D.C.  20044-0663
   Telephone: (202) 616-5082
6  Facsimile: (202) 305-0506
   Rachel.Dougan@usdoj.gov
7
   Attorneys for Federal Defendants
8
                 **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                      **OAKLAND DIVISION**
10

11 | DEFENDERS OF WILDLIFE, SIERRA CLUB, | ) |
   | THE WILDERNESS SOCIETY, and | ) | Case No. 08-cv-2326-CW
   | VERMONT NATURAL RESOURCES COUNCIL, | ) |
12 | | ) |
   |        Plaintiffs, | ) | **STIPULATION**
13 | | ) | **EXTENDING DEADLINE**
   | | ) | **FOR DEFENDANTS'**
   |        v. | ) | **RESPONSE TO**
14 | | ) | **COMPLAINT**
   | ED SCHAFER, Secretary, U.S. Department of | ) |
15 | Agriculture, in his official capacity; GAIL KIMBELL, | ) |
   | Chief, U.S. Forest Service, in her official capacity; and | ) |
16 | U.S. FOREST SERVICE, | ) |
   | | ) |
17 |        Defendants. | ) |

Case No. 08-cv-2326-CW
Stipulation Ext. Deadline for Resp. to Compl.

1    Pursuant to Local Rule 6-1(a), the parties hereby stipulate to extend the time in which

2  Defendants must file responses to Plaintiffs' complaint in the above-captioned matter and to

3  Plaintiffs' complaint in the related case, <u>Citizens for Better Forestry v. USDA</u>, No.

4  08-cv-1927-CW.

5    The parties, through their undersigned counsel, stipulate that the deadline for Defendants'

6  responses to the complaints in both cases will be July 14, 2008.

7  Respectfully submitted this 29th day of May 2008.

8                                RONALD J. TENPAS
                                 Assistant Attorney General
9                                Environment and Natural Resources Division

10                               <u>/s/ Rachel A. Dougan</u>
                                 RACHEL A. DOUGAN (DC Bar 485507)
11                               S. JAY GOVINDAN
                                 Environment and Natural Resources Division
12                               United States Department of Justice
                                 Benjamin Franklin Station, P.O. Box 663
13                               Washington, D.C.  20044-0663
                                 Telephone: (202) 616-5082
14                               Facsimile: (202) 305-0506

15                               *Attorney for Defendants*

16
                                 <u>Gregory C. Loarie (authorized 5/28/08)</u>
17                               GREGORY C. LOARIE
                                 Earthjustice
18                               426 17th Street, 5th Floor
                                 Oakland, CA 94612
19                               Phone: (510) 550-6725
                                 Fax:    (510) 550-6749
20
                                 *Attorney for Plaintiffs*
21                               <u>Defenders of Wildlife v. Schafer,</u>
                                 Case No. 08-cv-02326-CW
22

23

24

25

26

27

Case No. 08-cv-2326-CW
Stipulation Ext. Deadline for Resp. to Compl.    2

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED: _____          _____

5

CLAUDIA WILKEN
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Case No. 08-cv-2326-CW
Stipulation Ext. Deadline for Resp. to Compl.    3