RECEIVED

MAY 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

JUN 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

Defenders of Wildlife, et al.

CASE NO. 4:08-cv-02326-CW

Plaintiff(s),

v.

Ed Schafer, Secretary, U.S. Department of
Agriculture, et al.

Defendant(s).

_____/

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Sierra B. Weaver                    , an active member in good standing of the bar of

the District of Columbia                 whose business address and telephone number

(particular court to which applicant is admitted)

is

Defenders of Wildlife, 1130 17th Street NW, Washington, DC 20036, (202) 772-3274

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing plaintiffs Defenders of Wildlife, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:    JUN 1 2008

_____
United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California