**E-filing**

RECEIVED
MAY - 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## Northern District of California

CASE NO. C08-02326 CW

Defenders of Wildlife, et al.

Plaintiff(s),

v.

Ed Schafer, Secretary, U.S. Department of Agriculture, et al.

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Timothy J. Preso, an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Earthjustice, 209 S. Willson Avenue, Bozeman, MT, 59715, (406) 586-9699

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Defenders of Wildlife, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 10 2008

_____
United States ~~Magistrate~~ Judge