1  RONALD J. TENPAS
   Assistant Attorney General
2  RACHEL A. DOUGAN (DC Bar 485507)
   S. JAY GOVINDAN
3  Trial Attorneys
   Environment and Natural Resources Division
4  United States Department of Justice
   Benjamin Franklin Station, P.O. Box 663
5  Washington, D.C.  20044-0663
   Telephone: (202) 616-5082
6  Facsimile: (202) 305-0506
   Rachel.Dougan@usdoj.gov
7
   Attorneys for Federal Defendants
8
   **IN THE UNITED STATES DISTRICT COURT**
9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
   **OAKLAND DIVISION**
10

11  DEFENDERS OF WILDLIFE, SIERRA CLUB,        )
    THE WILDERNESS SOCIETY, and                )   Case No. 08-cv-2326-CW
    VERMONT NATURAL RESOURCES COUNCIL,         )
12                                             )
                                               )
13        Plaintiffs,                          )   **STIPULATION**
                                               )   **EXTENDING DEADLINE**
14     v.                                      )   **FOR DEFENDANTS'**
                                               )   **RESPONSE TO**
15  ED SCHAFER, Secretary, U.S. Department of  )   **COMPLAINT**
    Agriculture, in his official capacity; GAIL KIMBELL, )
    Chief, U.S. Forest Service, in her official capacity; and )
16  U.S. FOREST SERVICE,                       )
                                               )
17        Defendants.                          )
    _____)
18

19

20

21

22

23

24

25

26

27

Case No. 08-cv-2326-CW
Stipulation Ext. Deadline for Resp. to Compl.

1  Pursuant to Local Rule 6-1(a), the parties hereby stipulate to extend the time in which Defendants must file responses to Plaintiffs' complaint in the above-captioned matter and to Plaintiffs' complaint in the related case, Citizens for Better Forestry v. USDA, No. 08-cv-1927-CW.

The parties, through their undersigned counsel, stipulate that the deadline for Defendants' responses to the complaints in both cases will be July 14, 2008.

Respectfully submitted this 29th day of May 2008.

        RONALD J. TENPAS
        Assistant Attorney General
        Environment and Natural Resources Division

        /s/ Rachel A. Dougan
        RACHEL A. DOUGAN (DC Bar 485507)
        S. JAY GOVINDAN
        Environment and Natural Resources Division
        United States Department of Justice
        Benjamin Franklin Station, P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 616-5082
        Facsimile: (202) 305-0506

        *Attorney for Defendants*


        Gregory C. Loarie (authorized 5/28/08)
        GREGORY C. LOARIE
        Earthjustice
        426 17th Street, 5th Floor
        Oakland, CA 94612
        Phone: (510) 550-6725
        Fax:   (510) 550-6749

        *Attorney for Plaintiffs*
        Defenders of Wildlife v. Schafer,
        Case No. 08-cv-02326-CW

Case No. 08-cv-2326-CW
Stipulation Ext. Deadline for Resp. to Compl.   2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/11/08                                    /s/ Claudia Wilken

CLAUDIA WILKEN
United States District Judge

Case No. 08-cv-2326-CW
Stipulation Ext. Deadline for Resp. to Compl.     3