**United States District Court**
For the Northern District of California

1

2

3

4

5

6
IN THE UNITED STATES DISTRICT COURT

7
FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9
CITIZENS FOR BETTER FORESTRY, et al.,          No. 08-01927 CW

10
       Plaintiffs,

11
   v.

12
 U.S. DEPARTMENT OF AGRICULTURE, et
al.,

13
       Defendants.

14
_____

15
DEFENDERS OF WILDLIFE, et al.,                 No. 08-02326 CW

16
       Plaintiffs,

17
   v.

18
ED SCHAFER, et al.,                            ORDER FOR
                                               CONSOLIDATION

19
       Defendants.
_____/

20

21
    The action numbers listed above are related cases within the

22
meaning of Civil L.R. 3-12.  Pursuant to Fed. R. Civ. P. 42(a),

23
these cases are hereby consolidated into Civil Action No. C-08-1927

24
CW, <u>Citizens for Better Forestry, et al. v. U.S. Department of</u>

25
<u>Agriculture, et al.</u>, for all proceedings before this Court.  **All**

26
**further documents shall be filed in C-08-1927 CW.**

27
    There appears to be no further reason at this time to maintain

28

1  C-08-2326, <u>Defenders of Wildlife, et al. v. Ed Schafer, et al.</u>,  as

2  an open case for statistical purposes, and the Clerk is instructed

3  to submit a JS-6 Form to the Administrative Office.

4      Nothing contained in this Order shall be considered a

5  dismissal or disposition of C-08-2326 CW, and, should further

6  proceedings in that litigation become necessary or desirable, any

7  party may initiate it in the same manner as if this Order had not

8  been entered.

9      IT IS SO ORDERED.

10         8/27/08

11 Dated _____            _____

                                            CLAUDIA WILKEN
12                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2